AARON D. FORD
  Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4346 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov

*Attorneys for Defendants*
*Zach Conine and Danielle Anthony*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACH CONINE, in his official capacity as NEVADA STATE TREASURER and ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,<br><br>Defendants. | Case No.  2:23-CV-01195-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiffs Steven Raymond, Kyong "Gina" Raymond, and Chase Hyon ("Plaintiffs"), and Defendants Zach Conine, in his official capacity as Nevada State Treasurer and Administrator of the Nevada Unclaimed Property Program, Nevada State Treasurer's Office, and Danielle Anthony, in her official capacity as Deputy Treasurer of Unclaimed Property, Nevada State Treasurer's Office ("Defendants"), by and through their undersigned counsel of record, as follows:

1. On July 27, 2023, Plaintiffs filed their Complaint against Defendants.

2. On August 18, 2023, Plaintiffs served Defendants with the Complaint and Summons.

3. The current deadline for Defendants to answer or otherwise respond to the Complaint is September 8, 2023.

4. Undersigned counsel for Defendants was only recently assigned this case, and therefore requires additional time to confer with her clients and prepare a responsive pleading.

5. Plaintiffs and Defendants agree that the September 8, 2023 deadline for Defendants to answer or otherwise respond to the Complaint may be extended by thirty days up to and including October 9, 2023.

| | |
|---|---|
| DATED this 8th day of September, 2023 | DATED this 8th day of September, 2023 |
| AARON D. FORD<br>Attorney General | TIFFANY & BOSCO P.A. |
| By: */s/ Jessica E. Whelan*<br>    Jessica E. Whelan (Bar. No. 14781)<br>    Senior Deputy Attorney General<br><br>*Attorneys for Zach Conine and Danielle Anthony* | By: */s/Krista J. Nielson*<br>    Krista J. Nielson (Bar No. 10698)<br>    10100 W. Charleston Blvd., Ste. 220<br>    Las Vegas, NV 89135<br><br>    William M. Fischbach<br>    Elliot C. Stratton<br>    7th Floor Camelback Esplanade II<br>    2525 East Camelback Road<br>    Phoenix, Arizona 85016-4237<br><br>    Richard M. Paul III<br>    Laura C. Fellows<br>    David Bodenheimer<br>    Paul, LLP<br>    601 Walnut Street, Suite 300<br>    Kansas City, Missouri 64106<br><br>    Jonathan Greiner<br>    Christopher Ross<br>    Greiner & Associates PLLC<br>    401 Austin Highway, Suite 110<br>    San Antonio, Texas 78209<br><br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-11-2023