UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON individually and on behalf of all persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ZACH CONINE, in his official capacity as NEVADA STATE TREASURER & ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,<br><br>Defendants | Case No.: 2:23-cv-01195-CDS-MDC<br><br>**ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT**<br>**(First Request)**<br><br>[ECF No. 44] |

Having considered plaintiffs' motion for extension of time to file an amended complaint and good cause appearing,

**IT IS ORDERED** that plaintiffs' motion **[ECF No. 44] is GRANTED**, nunc pro tunc to the date of their request.

**IT IS FURTHER ORDERED** that plaintiffs have up to and including September 4, 2024, to file their amended complaint.

**Dated:** August 6, 2024

_____
Cristina D. Silva
United States District Judge