AARON D. FORD
  Attorney General
MARNI K. WATKINS (Bar No. 9674)
  Chief Litigation Counsel
IVA K. TODOROVA (Bar No. 15827)
  Senior Deputy Attorney General
KEVIN K. BENSON (Bar No. 9970)
  Senior Deputy Attorney General
Office of the Attorney General
One Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
mkwatkins@ag.nv.gov
itodorova@ag.nv.gov
kbenson@ag.nv.gov

*Attorneys for Defendants Zach Conine,
Danielle Anthony and Nevada State
Treasurer's Office*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON, individually and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs<br><br>vs.<br><br>ZACH CONINE, in his official capacity as NEVADA STATE TREASURER and ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,<br><br>　　　　　　Defendants | Case No.  2:23-CV-01195-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 49] |

　　　　Defendants Zach Conine, in his official capacity as Nevada State Treasurer and Administrator of the Nevada Unclaimed Property Program, Nevada State Treasurer's Office, and Danielle Anthony, in her official capacities as Deputy Treasurer of Unclaimed

Property, Nevada State Treasurer's Office, in its capacity, and Plaintiffs, Steven Raymond, Kyong 'Gina' Raymond, and Chase Hyon, individually and on behalf of all persons similarly situated ("Plaintiffs") (collectively "Parties"), by and through counsel, hereby submit this stipulation and proposed order extending the deadline to file the Parties' briefings in relation to Defendants' Motion to Dismiss Second Amended Complaint Class Action [ECF No. 48]. This is the Parties' first stipulation for extension of the briefing schedule.

It is stipulated by and between the Parties that:

1. Plaintiffs shall have **28 days** instead of the traditional 14 days to file their Opposition to Defendants' Motion to Dismiss [ECF No. 48]. The new deadline for Plaintiffs' Opposition is **October 17, 2024**.

2. Defendants shall have **21 days** instead of the traditional 7 days to file their Reply in Support of Defendants' Motion to Dismiss [ECF No. 48]. The new deadline for Defendants' Reply is **November 7, 2024**.

3. Pursuant to Local Rule 26-3, good cause exists for the requested extension regarding the Parties' briefing schedule related to Defendants' Motion to Dismiss [ECF No. 48]. Provided the extensive arguments and the nature of the issues raised within the motion, the corresponding briefing would likewise require extensive arguments. For the Parties to sufficiently brief the applicable issues, more time is required than the traditional 14/7 days deadlines.

/ / /

/ / /

/ / /

4. This request for an extension is not sought to delay the proceedings or for any improper purpose.

DATED this 30th day of September, 2024.   DATED this ___ day of September, 2024.

| AARON D. FORD | PAUL LLP |
| Attorney General | Trial Attorneys |

By: */s/  Iva K. Todorova*
   Marni K. Watkins (Bar No. 9674)
    Chief Litigation Counsel
   Iva K. Todorova (Bar No. 15827)
    Senior Deputy Attorney General
   Kevin K. Benson (Bar No. 9970)
    Senior Deputy Attorney General

*Zach Conine, Danielle Anthony and Nevada State Treasurer's Office*

By: */s/   Laura C. Fellows*
   Krista J. Nielson (Bar No. 10698)
   10100 W. Charleston Blvd., Ste. 220
   Las Vegas, NV 89135

   William M. Fischbach (Pro Hac Vice)
   Elliot C. Stratton (Pro Hac Vice)
   7th Floor Camelback Esplanade II
   2525 East Camelback Road
   Phoenix, Arizona 85016-4237

   Laura C. Fellows (Pro Hac Vice)
   Paul, LLP
   601 Walnut Street, Suite 300
   Kansas City, Missouri 64106

   Jonathan Greiner (Pro Hac Vice)
   Christopher Ross (Pro Hac Vice)
   Greiner & Associates PLLC
   401 Austin Highway, Suite 110
   San Antonio, Texas 78209

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 1, 2024