Krista J. Nielson (Nevada Bar No. 10698)
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste 220
Las Vegas, Nevada 89135
Telephone: (702) 258-8200
knielson@tblaw.com

Elliot C. Stratton (Arizona Bar No. 034025)
**TIFFANY & BOSCO, P.A.**
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
ecs@tblaw.com

Laura Fellows (*pro hac vice*)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Laura@PaulLLP.com

Jonathan Greiner (*pro hac vice*)
Christopher Ross (*pro hac vice*)
**GREINER & ASSOCIATES, PLLC**
401 Austin Highway, Suite 110
San Antonio, Texas 78209
Telephone: (210) 829-6529
service@greinerattorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON individually and on behalf of all persons similarly situated,<br><br>Plaintiffs<br>v.<br><br>ZACH CONINE, in his official capacity as NEVADA STATE TREASURER & ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, | Case No.: 2:23-cv-01195-CDS-MDC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

1

and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,

        Defendants.

Plaintiffs, Steven Raymond, Kyong Raymond, and Chase Hyon, give notice that William M. Fischbach is no longer one of their attorneys of record in this matter. As of April 1, 2025, Mr. Fischbach is no longer with the law firm Tiffany & Bosco P.A. and should be removed from the docket and all service lists. Plaintiffs continue to be represented by attorneys Elliot C. Stratton and Krista J. Nielson of Tiffany & Bosco, P.A., Laura C. Fellows of Paul LLC, and Jonathan Greiner and Christopher Ross of Greiner & Associates, PLLC who remain the Plaintiffs' attorneys of record in this matter.

Dated: April 30, 2025.           Respectfully Submitted,

        TIFFANY & BOSCO, P.A.

*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson (NV Bar No. 10698)
10100 W. Charleston Blvd., Ste 220
Las Vegas, Nevada 89135

Elliot C. Stratton (*Pro hac vice*)
**TIFFANY & BOSCO P.A.**
Seventh Floor Camelback Esplanade II
2525 E Camelback Road
Phoenix, Arizona 85016

Laura C. Fellows (*Pro hac vice*)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106

Jonathan Greiner (*Pro hac vice*)
Christopher Ross (*Pro hac vice*)
**GREINER & ASSOCIATES, PLLC**
401 Austin Highway, Suite 110
San Antonio, Texas 78209
*Attorneys for Plaintiff*

**ORDER**
IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 5/1/2025

2