AARON D. FORD
  Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
jwhelan@ag.nv.gov

*Attorneys for Defendants*
*Zach Conine, Danielle Anthony,*
*Nevada State Treasurer's Office*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>ZACH CONINE, in his official capacity as NEVADA STATE TREASURER and ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,<br><br>Defendants | Case No.  2:23-cv-01195-CDS-MDC<br><br>**Order Granting UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION (ECF NO. 80)**<br><br>**(First Request)**<br><br>[ECF No. 92] |

Pursuant to LR IA 6-1, Defendants Zach Conine, in his official capacity as Nevada State Treasurer and Administrator of the Nevada Unclaimed Property Program, Nevada State Treasurer's Office, and Danielle Anthony, in her official capacities as Deputy Treasurer of Unclaimed Property, Nevada State Treasurer's Office, in its capacity (collectively, "State Defendants"), by and through counsel, respectfully move this Court for an order extending the deadline to for State Defendants to respond to

Plaintiffs' Motion and Memorandum in Support of Class Certification (ECF No. 80) ("Class Certification Motion") by 14-days. Plaintiffs filed their Class Certification Motion on April 15, 2026. State Defendants' Response is currently due April 29, 2026. The proposed due date is May 13, 2026. This is the first request to extend this deadline. State Defendants have conferred with counsel for Plaintiffs, who authorized State Defendants to tell this Court that they do not oppose the requested extension.

Good cause exists to grant this motion. This request for an extension is brought in good faith and not for any improper purpose or to cause delay. Undersigned counsel has had significant professional obligations in other matters recently, including but not limited to the following:

- Preparation for and oral argument before the Ninth Circuit on April 16, 2026, in *State of Nevada ex rel. Nevada Gaming Control Board v. KalshiEx, LLC*, No. 26-1304 (9th Cir.);

- Preliminary injunction briefing in *State of Nevada ex rel. Gaming Control Board v. Blockratize, Inc.*, No. 26 OC 00012 1B (First Jud. Dist. Ct.);

- Negotiation and preparation of a preliminary injunction order in *State of Nevada ex rel. Gaming Control Board v. KalshiEx, LLC*, No. 26 OC 00050 1B (1st Jud. Dist. Ct.);

- Preparation of mediation brief in *Sunrise Hospital v. Public Employees' Benefit Program*, No. A-24-886240-B (8th Jud. Dist. Ct.);

- Preparation of dispositive motions in *Coyote Springs Investment, LLC v. Sullivan*, No. A-20-820384-B (8th Jud. Dist. Ct.); and

- General case and discovery obligations in *KalshiEx, LLC v. Assad*, No. 2:25-cv-00575-APG-BNW (D. Nev.).

Finally, an attorney involved in this matter recently left employment with the Office of the Attorney General. Thus, additional time is needed to accommodate this staffing change, as well as prepare the fulsome response that will most assist this Court in resolving this matter.

For the foregoing reasons, State Defendants respectfully request that the Court issue an order extending the time for filing the Response to Plaintiffs' Motion and Memorandum in Support of Class Certification (ECF No. 80) by 14 days, to May 13, 2026.

DATED this 29th day of April, 2026.

AARON D. FORD
Attorney General

By: _/s/ Jessica E. Whelan_
    JESSICA E. WHELAN (Bar No. 14781)
    Chief Deputy Solicitor General - Litigation
    1 State of Nevada Way, Suite 100
    Las Vegas, NV 89119
    Telephone: (702) 486-3420
    jwhelan@ag.nv.gov

*Attorneys for Defendants Zach Conine, Danielle Anthony, Nevada State Treasurer's Office*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 30, 2026