AARON D. FORD
  Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
jwhelan@ag.nv.gov

*Attorneys for Defendants*
*Zach Conine, Danielle Anthony,*
*Nevada State Treasurer's Office*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON, individually and on behalf of all persons similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>ZACH CONINE, in his official capacity as NEVADA STATE TREASURER and ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,<br><br>                     Defendants. | Case No.  2:23-CV-01195-CDS-MDC<br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION (ECF NO. 80)**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, Defendants Zach Conine, in his official capacity as Nevada State Treasurer and Administrator of the Nevada Unclaimed Property Program, Nevada State Treasurer's Office, and Danielle Anthony, in her official capacities as Deputy Treasurer of Unclaimed Property, Nevada State Treasurer's Office, in its capacity (collectively, "State Defendants"), by and through counsel, respectfully move this Court for an order extending the deadline to for State Defendants to respond to Plaintiffs' Motion and Memorandum in Support of Class Certification (ECF No. 80) ("Class Certification

Motion") by 7 days to and including May 20, 2026. Plaintiffs filed their Class Certification Motion on April 15, 2026. State Defendants' Response was originally due on April 29, 2026. State Defendants have obtained one prior 14-day extension, and the current deadline is May 13, 2026. This is the second request to extend this deadline. State Defendants have conferred with counsel for Plaintiffs, who authorized State Defendants to tell this Court that they do not oppose the requested extension.

Good cause exists to grant this motion. This request for an extension is brought in good faith and not for any improper purpose or to cause delay. Undersigned counsel was out of the office and unable to fulfill work obligations due to illness from approximately April 29, 2026, through May 7, 2026. Accordingly, for one week of the previously requested two-week extension period, counsel was incapacitated.

/ / /

/ / /

/ / /

For the foregoing reasons, State Defendants respectfully request that the Court issue an order extending the time for filing the Response to Plaintiffs' Motion and Memorandum in Support of Class Certification (ECF No. 80) by 7 days, to May 20, 2026.

DATED this 13th day of May, 2026.

AARON D. FORD
Attorney General

By: _/s/ Jessica E. Whelan_
    Jessica E. Whelan (Bar No. 14781)
     Chief Deputy Solicitor General - Litigation
    1 State of Nevada Way, Suite 100
    Las Vegas, NV 89119
    (702) 486-3420
    jwhelan@ag.nv.gov

*Attorneys for Defendants Zach Conine, Danielle Anthony, Nevada State Treasurer's Office*

**ORDER**

IT IS SO ORDERED.

DATED 5-14-26.

_____
UNITED STATES MAGISTRATE JUDGE