Krista J. Nielson (Nevada Bar No. 10698)

**TB**  **TIFFANY & BOSCO**
          P.A.

10100 W. CHARLSTON BLVD., STE 220
LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 258-8200
FACSIMILE: (702) 258-8787
kneilson@tblaw.com

[Additional Counsel Listed on Signature Block]

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON individually and on behalf of all persons similarly situated, | Case No.: 2:23-cv-01195-CDS-MDC |
| Plaintiffs | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| ZACH CONINE, in his official capacity as NEVADA STATE TREASURER & ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE, | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiffs Steven Raymond, Kyong 'Gina' Raymond, and Chase Hyon, individually and on behalf of all persons similarly situated ("Plaintiffs"), respectfully move this Court for an order extending the deadline for Plaintiffs to file their Reply in Support of Class Certification, (ECF No. 80), by 7-days. Plaintiffs filed their

1

Motion for Class Certification on April 15, 2026. (ECF No. 80). Defendants filed their Response on May 20, 2026.[1] (ECF No. 97).

Plaintiffs' Reply in Support is currently due May 27, 2026. The proposed due date is June 3, 2026. This is the first request to extend this deadline. Plaintiffs conferred with counsel for Defendants, who authorized Plaintiffs to advise they do not oppose the requested extension.

Moreover, good cause supports Plaintiffs' motion, which is brought in good faith and not for any improper purpose to cause delay. Specifically, under LR 7-2(b), Plaintiffs have one week to file their Reply, which includes the Memorial Day holiday. Further, Plaintiffs served their Second Requests for Production, Requests for Admission, and Interrogatories to Defendants on March 19, 2026. Plaintiffs agreed to a 30-day extension of time to receive Defendants' responses but have not yet received Defendants' responses. Thus, Plaintiffs are still waiting to receive additional discovery responses from Defendants which might be relevant to the pending motion.

For the foregoing reasons, Plaintiffs respectfully request the Court issue an order extending the time for filing Plaintiffs' Reply in Support of Certification by 7 days to June 3, 2026.

**IT IS SO ORDERED:**

_____

UNITED STATES MAGISTRATE JUDGE

DATED: 5-29-26

---

[1] Defendants received two extensions, which extended their original deadline from April 29, 2026 until May 20, 2026. (ECF Nos. 93, 96).

Dated: May 26, 2026

Respectfully submitted,

Krista J. Nielson (Nevada Bar No. 10698)
**TIFFANY & BOSCO P.A.**
10100 W Charleston Blvd., Ste 220
Las Vegas, Nevada 89135
Phone: (702) 258-8200
Fax: (702) 258-8787
kneilson@tblaw.com

Jonathan Greiner, Esq. *(pro hac vice)*
Christopher Ross, Esq. *(pro hac vice)*
**GREINER & ASSOCIATES, PLLC**
401 Austin Highway, Suite 110
San Antonio, Texas 78209
Phone: (210) 824-6529
Fax: (210) 829-5528
Service@greinerattorneys.com

*/s/ Laura C. Fellows*
Laura C. Fellows *(pro hac vice)*
**PAUL LLP**
600 Broadway Boulevard, Suite 600
Kansas City, Missouri 64105
Phone: (816) 984-8100
Fax: (816) 984-8101
Laura@PaulLLP.com

Elliot C. Stratton *(pro hac vice)*
**TIFFANY & BOSCO P.A.**
Seventh Floor Camelback Esplanade II
2525 E Camelback Road
Phoenix, Arizona 85106
Phone: (602) 255-6000
Fax: (602) 255-0103
ecs@tblaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Laura C. Fellows*

3