AARON D. FORD
Attorney General
JESSICA E. WHELAN (Bar No. 14781)
Chief Deputy Solicitor General – Litigation
Daniel R. Brady (Bar No. 15508)
Deputy Solicitor General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
jwhelan@ag.nv.gov
drbrady@ag.nv.gov

*Attorneys for Defendants*
*Zach Conine, Danielle Anthony,*
*Nevada State Treasurer's Office*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON, individually and on behalf of all persons similarly situated,

Plaintiffs,

vs.

ZACH CONINE, in his official capacity as NEVADA STATE TREASURER and ADMINISTRATOR OF THE NEVADA UNCLAIMED PROPERTY PROGRAM, NEVADA STATE TREASURER'S OFFICE, and DANIELLE ANTHONY, in her official capacities as DEPUTY TREASURER OF UNCLAIMED PROPERTY, NEVADA STATE TREASURER'S OFFICE,

Defendants.

Case No. 2:23-CV-01195-CDS-MDC

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

Pursuant to LR IA 11-6, Defendants, by and through their counsel of record, hereby submit this motion. Jessica E. Whelan no longer serves as counsel for Defendants, , in this matter. Thus, it is requested that Ms. Whelan be withdrawn from this matter and removed from the CM/ECF service list (jwhelan@ag.nv.gov) and any other service lists for this matter.

Defendants will continue to be represented by their counsel of record by the Attorney General's Office and Daniel R. Brady, Deputy Solicitor General.

DATED this 4th day of August, 2026.

AARON D. FORD
Attorney General

By: */s/ Jessica E. Whelan*
JESSICA E. WHELAN (Bar No. 14781)
Chief Deputy Solicitor General – Litigation
Daniel R. Brady (Bar No. 15508)
Deputy Solicitor General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
jwhelan@ag.nv.gov
drbrady@ag.nv.gov

*Attorneys for Defendants Zach Conine, Danielle Anthony, Nevada State Treasurer's Office*

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 8-5-26