Christopher Ross, Esq. (admitted pro hac vice)
Texas Bar No. 24103331
GREINER & ASSOCIATES, PLLC
401 Austin Highway, Suite 110
San Antonio, Texas 78209
Telephone: (210) 824-6529
Facsimile: (210) 829-5528
Service@greinerattorneys.com
Associated resident counsel: Krista J. Nielson, Nevada Bar No. 10698, Tiffany & Bosco, P.A., 10100 W. Charleston Blvd., Suite 220, Las Vegas, Nevada 89135

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STEVEN RAYMOND, KYONG 'GINA' RAYMOND, and CHASE HYON, individually and on behalf of all persons similarly situated,

*Plaintiffs,*

v.

ZACH CONINE and DANIELLE ANTHONY, in their official capacities,

*Defendants.*

Case No. 2:23-cv-01195-CDS-MDC

**ORDER GRANTING MOTION TO SHORTEN TIME AND MOTION TO WITHDRAW AS COUNSEL (ECF Nos. 104, 107)**

Good cause appearing, IT IS ORDERED that Christopher Ross's Motion to Shorten Time is GRANTED. The response period under LR IA 11-6(b) is shortened, and the Court considers the Motion to Withdraw, ECF No. 104, immediately.

IT IS FURTHER ORDERED that ECF No. 104 is GRANTED. Christopher Ross is withdrawn as counsel for Plaintiffs, who remain represented by their other counsel of record.

The Clerk of Court shall terminate Christopher Ross from CM/ECF service in this action.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 11, 2026